# ˙CASES REPORTED WITH BRIEF SYLLABI˙

### AND

## DECISIONS HANDED DOWN WITHOUT

## OPINION

---

### FIRST DEPARTMENT, FEBRUARY, 1928.

FEDERAL HATS, INC., Respondent, v. MAX GOLDEN, Individually and as Chairman, Secretary and Treasurer of the MILLINERY AND LADIES STRAW BLOCKERS UNION, LOCAL 42, and Others, Appellants.

*Labor unions — members of union may peacefully picket and also advertise lockout.*

Appeal from an order of the Supreme Court, entered in the New York county clerk's office December 31, 1927, as resettled by an order entered January 10, 1928, granting plaintiff's motion for an injunction *pendente lite.*

PER CURIAM. It is our opinion that the court at Special Term improperly enjoined the defendants from advertising and carrying signs stating that there was a lockout. The defendants should be permitted to peacefully picket the plaintiff's place of business and to advertise that such lockout exists. The order appealed from, as resettled, should, therefore, be modified by striking therefrom the words " lockout or," and as so modified affirmed, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. Order appealed from, as resettled, modified by striking therefrom the words " lockout or," and as so modified affirmed, without costs. Settle order on notice.

---

MARION G. MURPHY, Appellant, v. JOHN G. MURPHY, Respondent.

*Trial — dismissal of complaint after trial — formal decision essential under Civil Practice Act, §§ 440, 441.*

Appeal from a judgment of the Supreme Court, entered in the Bronx county clerk's office April 8, 1927, upon a short form decision of the court dismissing the complaint after a trial at Special Term.

PER CURIAM. The dismissal being upon the merits and not a nonsuit, a decision was essential. (*McKenna v. Meehan*, 220 App. Div. 690; Civ. Prac. Act, §§ 440, 441.)* The case is, therefore, remitted to the court at Special Term for the making of a decision, which may be submitted to this court as a supplement to the present record. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. Case remitted to the court at Special Term for a proper decision, which may be. submitted to this court as a supplement to the present record.

---

* See Laws of 1921, chap. 372, amdg. said § 441.— [REP.